Michael J. Perry #76290
   Name

Lansing Correctional Facility

PO Box 2

Lansing, Ks. 66043
   Address

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Michael J. Perry, Plantiff
(Full Name)

V.

Andrew Parks UTM for, Defendant(s)
KDOC & Corizones contact medical
provider for KDOC.

CASE NO. 19-3266-SAC
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) Michael J. Perry, is a citizen of Kansas
      (Plaintiff)                              (State)

   who presently resides at Lansing Correctional Facility  PO Box 2
                              (Mailing address or place
   Lansing, Ks. 66043                              .
   of confinement.)

2) Defendant Andrew Parks                                 is a citizen of
              (Name of first defendant)

   _____Kansas_____, and is employed as
              (City, State)

   Unit Team Manager of D cellhouse & Infirmary. At the time the
              (Position and title, if any)

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes [x] No [ ]. If your answer is "Yes", briefly explain:

   Andrew Parks is in control of D cellhouse where Plaintiff resides

   and has ignored all medical request and requirements to meet

   Plaintiff's medical needs to a point of serious medical indifference
                                                           ↑
                                                       deliberate

                                                              1

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

3) Defendant <u>Corizon Health</u> is a citizen of
   *(Name of second defendant)*

   _____, and is employed as
   *(City, state)*

   <u>contracted health care provider</u>. At the time the
   *(Position and title, if any)*

   claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☒. If your answer is "Yes", briefly explain:

   _____

   _____

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   <u>42 USCS § 1981(a)(b) & (c) Equal Rights Under the Law.</u>

   _____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

   <u>Plaintiff has suffered physical and mental deterioration at the hands of those who are keeping him by denial of medical services withholding of medications and made to suffer seizures with no medical assistance causing further physical and mental damage to his person.</u>

   _____

   _____

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Const. amend. VIII Cruel and unusual punishment was inflicted upon myself by the withholding of seizure medication and medical ↑deliberate indifference that amounted in more frequent seizures.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

I have eilepsy and have been prescribed 2 medications 2 times a day. Corizones, the contracted medical provider is contracted to keep 10 days worth of medications for inmates on hand, I have attended sick-call about the incresed frequency of my seizures on June 27, 2019. Since that time Corizones has; Continued on Addendum

B) (1) Count II: July 9th, 2019 Facility is on lock down, during this lock down I was refused anti-seizure medications, and had a grand mal seizure. During this grand mal seizure I was denied medical treatment by the refual of Unit Team Manager to allow a medical code to be called for my seizure.

(2) Supporting Facts:

During the lock down on July 9th, 2019. Corizone nurses refused my medications again. Unit Team Ms. Thomas witnessed myself having a seizure in which UTM Parks refused to let U.T. Thomas

Continued on ADDENDUM.

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

    b) Name of court and docket number _____

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    d) Issues raised _____

4

ADDENDUM

    Continued A)(1) Count I:(2) Supporting facts:
completly ran out of the prescribed seizure medications and despite medical needs for prescribed medications no medical provider was allowed to be seen by myself until July 8th, 2019. July 9th, 2019, I was refused by Corizon medical staff to have the prescribed medications for seizures to be administered to myself during a lock down even after, I was witnessed having a seizure. The medical staff of Corizon have been instructed previously to not deny myself medications for seizures as the severity of my seizures are life threatening. Each seizure I have increses the frequency in which the next seizure will occur, only the medication slows the effects of this medical condition.

    Continued B)(1) Cout II (2) Supporting facts:
call a medical condition in which I could have received medical attention. Instead I was allowed to flop all over my cell bruising my arms and ribs. Since then, I have received answers to grievance from warden's office with the warden's customary rubber stamp of approval of staff conduct of UTM Parks and Corizon 's refusal of medications; all without any expertise in the field of medical epilepsy nor medication. The scale and frequency incurred by this abuse has worsend over time due to the missed doses of medication. I have suffered several injuries to myself and my property due to the frequency and scale of the seizures from the lack of medication and practiced medical deliberate indifference of medical and non-medical staff alike at Lansing Correctiona Facility in leiu of medical needs. It has been reported in the Prison Legal News issue of May 2019, that Kansas has slapped Corizon Health with Millins in fines for contract violation and as reported by David Tatarsky, the DOC's Director of Health Services stated that "Of nine performance standards audited in 2018, Corizon was found fully compliant with just one, even though Corizon spokeswoman Eve Hutchinson said the company treats "all requirements very seriously in our mission to provide exceptional care to the patients we serve as the DOC's partner." However, more than $6.7 million in penalties that Kansas has imposed on Corizon over the span of four years belies that claim.

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes [x] No [ ]. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

Form-9 and grievance procedures which have all been ignored and rubber stamped with Kansas Deparments seal of approval. See Grievance Number # AA20190018

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Since Kansas can penalize Corizon with 6.7 Million in fines even to the point on collecting on inmate deaths, I believe my quality of life has deteriated and will continue to deteriate at the hands of Corizon and like minded UTMs' like Parks. They both should share in a settlement of $6.7 Million for my current and future health care needs to be furnished by an outside source not connected with Corizon.

_____    _____ 12-17-2019
Signature of Attorney (if any)    Signature of Plaintiff

_____

_____
(Attorney's full address and telephone number)

5

XE-2 8/82        CIVIL RIGHTS COMPLAINT §1983

CERTIFICATE OF SERVICE

(For Registered Electronic Filing Users)

I hereby certify that on __12-17-2019__, I electronically filed the foregoing document with the clerk of
(Date)
the court by using the CM/ECF system which will send a notice of electronic filing to the following:

U.S. Postal Service Box into KDOC Mail Distribution Mail Services office

*[list parties that are CM/ECF participants: for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list the name and address of each party]*

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid, to the following non-CM/ECF participants:

*[list parties that are not CM/ECF participants: for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list the name and address of each party]*

s/ _____
Name _____
Address _____
_____
Phone Number _____
Email Address _____