# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

MICHAEL J. PERRY,

        **Plaintiff,**

v.                                                                                     Case No. 19-3266-JWL-JPO

ANDREW PARKS, CORIZON HEALTH, RON
BAKER, ALECIA McCULLOUGH and
MICHELLE LAYTON,

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

**( )**   **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**(x)**   **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this matter is dismissed.

Entered on the docket 10/26/22

**Dated:  October 26, 2022**                 SKYLER B. O'HARA
                                                      CLERK OF THE DISTRICT COURT


                                                                     <u>s/S. Nielsen-Davis</u>
                                                                     **Deputy Clerk**